UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGITAL SINS, INC.,

    Plaintiff,

vs.

JOHN DOES 1-245

    Defendants.

Case No. 11-CV-8170-CM
(ECF CASE)

**MOTION FOR ADMISSION PRO HAC VICE**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned, **YASHA HEIDARI**, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **John Doe** in the above-captioned action.

I am a member in good standing of the bar of the state of **GEORGIA** and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted this __12th__ day of January, 2012.

FILED
U.S. DISTRICT COURT
12 JAN 18 PM 1:46
S.D. OF N.Y.

_____
Yasha Heidari
Georgia Bar No. 110325
Heidari Power Law Group LLC
PO Box 79217
Atlanta, Georgia 30357
tel:    404-939-2742
fax:    404-601-785
e-mail:  yasha@hplawgroup.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL SINS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 11-CV-8170-CM |
| ) | |
| vs. ) | |
| ) | |
| JOHN DOES 1-245 ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have today served the foregoing motion to the following via United States first class mail, with adequate postage affixed, to the following:

Mike Meier, Esq.
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Email: mike.meier.esq@copyrightdefenselawyer.com
Attorney for Plaintiff

Respectfully submitted this __12th__ day of January, 2012.

                                                  Yasha Heidari
                                                Georgia Bar No. 110325

HEIDARI POWER LAW GROUP LLC
P.O. Box 79217
Atlanta, Georgia 30357
tel: 404-939-2742
fax: 404-601-7852
e-mail: yasha@hplawgroup.com



CAROL W. HUNSTEIN, CHIEF JUSTICE
GEORGE H. CARLEY, PRESIDING JUSTICE
ROBERT BENHAM
HUGH P. THOMPSON
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
JUSTICES

Supreme Court
State of Georgia
STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

January 3, 2012

I hereby certify that Yasha Heidari, Esq., was admitted on the 22nd day of April, 2008, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DIGITAL SINS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11-CV-8170-CM |
| vs. | ) | |
| | ) | **ORDER FOR ADMISSION** |
| JOHN DOES 1-245 | ) | **PRO HAC VICE** |
| Defendants. | ) | |

## [Proposed] ORDER FOR ADMISSION PRO HAC VICE

The Motion of Yasha Heidari, for admission pro hac vice, in the above captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of Georgia; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Yasha Heidari |
| Firm Name: | Heidari Power Law Group LLC |
| Address: | PO Box 79217 |
| City / State / Zip: | Atlanta, GA 30357 |
| Telephone / Fax: | tel:(404)939-2742   fax: (404)601-5852 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for John Doe in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password.


So Ordered this _____ day of _____, 2012.




                                                      United States District / Magistrate Judge