UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/12

| | |
|---|---|
| DIGITAL SINS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 11-CV-8170-CM |
| ) | |
| vs. ) | |
| ) | **ORDER FOR ADMISSION** |
| JOHN DOES 1-245 ) | **PRO HAC VICE** |
| ) | |
| Defendants. ) | |

### [Proposed] ORDER FOR ADMISSION PRO HAC VICE

The Motion of Yasha Heidari, for admission pro hac vice, in the above captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of Georgia; and that his contact information is as follows:

Applicant's Name:      Yasha Heidari

Firm Name:             Heidari Power Law Group LLC

Address:               PO Box 79217

City / State / Zip:    Atlanta, GA 30357

Telephone / Fax:       tel:(404)939-2742    fax: (404)601-5852

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for John Doe   in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password.

So Ordered this 30th day of January, 2012.

_____
United States District /Magistrate Judge