UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL SINS, INC., | |
| | Case No. 11-CV-8170-CM |
| Plaintiff, | (ECF CASE) |
| vs. | |
| JOHN DOES 1-245 | |
| Defendants. | |

**NOTICE OF DEFENDANT JOHN DOE 148's MOTION TO DISMISS OR SEVER THE MATTER, QUASH, AND FOR A PROTECTIVE ORDER**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant John Doe 148 (69.86.167.119), by and through a special appearance, files this Motion to Dismiss or Sever the Matter, Quash, and for a Protective Order ("Motion").

Respectfully submitted this __3rd__ day of February, 2012.

/s/Yasha Heidari
Yasha Heidari
Georgia Bar No. 110325
Attorney for Plaintiff John Doe 148

HEIDARI POWER LAW GROUP LLC
P.O. Box 79217
Atlanta, Georgia 30357
telephone:     404-939-2742
facsimile:     404-601-7852
email:         yasha@hplawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of *DEFENDANT JOHN DOE 148's MOTION TO DISMISS OR SEVER THE MATTER, QUASH, AND FOR A PROTECTIVE ORDER* and *MEMORANDUM* in support thereof, by filing same with the Clerk of Court using the CM/ECF system, which will automatically send email notification and allow electronic access to the filing to the following counsel of record:

>Mike Meier, Esq.
>The Copyright Law Group, PLLC
>4000 Legato Road, Suite 1100
>Fairfax, VA 22033
>Email: mike.meier.esq@copyrightdefenselawyer.com
>*Attorney for Plaintiff*

Respectfully submitted this __3rd__ day of February, 2012.

>_____/s/ Yasha Heidari__
>Yasha Heidari
>Georgia Bar No. 110325
>Attorney for John Doe

HEIDARI POWER LAW GROUP LLC
P.O. Box 79217
Atlanta, Georgia 30357
telephone:   404-939-2742
facsimile:   404-601-7852
email:       yasha@hplawgroup.com