UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL SIN, INC.<br>21345 Lassen Street<br>Chatsworth, CA 91311<br><br>    Plaintiff,<br><br>v.<br><br>DOES 1 – 245<br><br>    Defendants. | Civil Action No. 11-CV-8170-CM |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. The reason is that the Court issued an order on May 15, 2012, severing the Doe defendants except Doe #1. Plaintiff has received information from the ISP for Doe #1 (Sprint PCS) that Doe #1 used a mobile device as he was traveling through New York. Doe #1 resides outside the jurisdiction of this Court. Thus, Plaintiff is unable to proceed against Doe #1.

Plaintiff has notified the ISPs of the Court's order.

Respectfully submitted this 16th day of May, 2012.

                        FOR THE PLAINTIFF:

                        By:   /s/ Mike Meier
                        Mike Meier (NY9295)
                        The Copyright Law Group, PLLC
                        4000 Legato Road, Suite 1100
                        Fairfax, VA 22033
                        Phone: (888) 407-6770
                        Fax: (703) 546-4990
                        Email:
                        mike.meier.esq@copyrightdefenselawyer.com
                        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 16th May 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

By:   /s/ Mike Meier
       Mike Meier (NY9295)
       The Copyright Law Group, PLLC
       4000 Legato Road, Suite 1100
       Fairfax, VA 22033
       Phone: (888) 407-6770
       Fax: (703) 546-4990
       Email: mike.meier.esq@copyrightdefenselawyer.com

       ATTORNEY FOR PLAINTIFF